**UNITED STATES DISTRICT COURT
For The
NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

NOV 26 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Leotis D Carr
6731 s Champlain
Chicago Illinois 60637

1:19-cv-07806
Judge Elaine E. Bucklo
Magistrate Judge Gabriel A. Fuentes

VS

IL DEPT of Healthcare and Family Services
PO BOX 19119
Springfield,I'll,62794

Kimberly Foxx
Cook County State's Attorney's Office
69 W Washington
Chicago, Ill, 60602

CAUSE#

Cook County circuit court
Child support enforcement division
50 w Washington
Chicago Il 60602

## Affidavit Of Fact

"Writ In The Nature of Discovery" / Lawful Warning / Notice"

Ministerial Offices and Officers and Agencies, and Agents for the Agency, Administrations and Administrators, and Departments, namely,Kimberly Foxx do not have the judicial power or authority to compel authority over the people.

Unless, there exist a contract between the party or parties, at the <u>will of the party or parties,</u> of which contract must be existing by free, prior and informed consent. Said contract must bear my signature, must not contain any adhesions, must not be done under threat, duress or coercion, must be clear, concise and specific, and **must not** be construed to deny any of my retained and reserved Rights.

Every U.S. Court of Appeals that has addressed this issue, has held that child support is a common, commercial (and civil) debt, See, U.S. v. Lewko, 269 F.3d 64, 68-m (1st Cir. 2001)(citations omitted) and U.S. v. Parker, 108 F.3d 28, 31 (3rd Cir. 1997). Allen v. City of Portland, 73 F.3d 232 (9th Cir. 1995), the Ninth Circuit Court of Appeals (citing cases from the U.S. Supreme Court, Fifth, Seventh, Eighth and Ninth Circuits) "by definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause"; Paff v. Kaltenbach, 204 F.3d 425, 435 (3rd Cir. 2000) (Fourth Amendment prohibits law enforcement officers from arresting citizens without probable cause. See, Illinois v. Gates, 462 U.S. 213 (1983), therefore, no body attachment, bench warrant or arrest order may be issued.

If a person is arrested on less than probable cause, the United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. §1983 for violation of Fourth Amendment rights. Pierson v. Ray, 386 U.S. 547, 87 S.Ct. 1213 (1967). Harlow v. Fitzgerald, 457 U.S. 800, 818 (there can be no objective reasonableness where officials violate clearly established constitutional rights such as--(a) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth Amendment (Due Process and Equal Protection), Ninth Amendment (Rights to Privacy and Liberty), Fourteenth Amendment (Due Process and Equal Protection).

**<u>Substantive Point of Right #1:</u>**
"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." **<u>Burns v. Sup., Ct., SF, 140 Cal. 1.</u>**

Failure to produce said delegated authority is proof that the Agency namely is COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX is attempting to bring injury to the people, namely Leotis D.Carr and deprive our liberties and commit human trafficking and genocide upon my family.

**Inferior Court:** This term may denote any court subordinate to the chief appellate tribunal in the particular judicial system (e.g. trial court); but it is also commonly used as the designation of a court of special, limited, or statutory jurisdiction, whose record must **<u>show the existence and attaching of jurisdiction in any given case, in order to give presumptive validity to its judgment</u>**.

## Writ In The Nature Of Discovery

**Therefore,** the following questions are placed before this Administration Court COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY Foxx seeking Full Disclosure, of which, MUST be lawfully responded to in kind AND ALL points of Inquiry MUST be answered.

1. Does a contract exist between **Leotis D. Carr** bearing my signature?

2. If such contract does exist, produce it for the record.

3. If such a contract exists, provide proof that said contract acts as a waiver of my **Right To Privacy** and to my right to be left alone, which is protected under the 4th amendment of the American Constitution FOR the United States of America, wherein my rights are secured and protected from encroachment.

Questions arise as to the type of Administration /Tribunal and or Court and Officers / Employees of same and their or the lawful jurisdiction and Delegation of Authority of COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX over the people. The Administration Court must be in possession of it, and must produce it as proof in order for (any) to have validity of 'judgements' prior or intended. Family Administrations, Family Courts and Services or Agencies and agents of the agency, are NOT granted judicial authority by the Legislature.

## Summary of the Complaint

I was never informed of the legal consequences of child support contract which is required by law. If my rights were afforded me, said contract would not exist because I would have not agreed to such matters. I have had my bank account and paychecks garnished, I've been threatened with Jail time if not comply with state contact, which is a violation of my due process because civil cases have no probable cause for arrest. I've been restricted from getting State issued business licenses or occupational licenses and certificates, recreational permits. This Title IV A Financial institution (Illinois Dept of Healthcare and family services)and Title IV D enforcement agencies (Cook County Circuit courts) are in Direct violation of my constitutional rights as stated in this affidavit of facts.

This court has caused nothing but hardship upon my name and bears no grounds to be enforced as stated in EX PARTE DAVIS, 344 SW 2d 925 (1976) : Federal statutes guarantee protection from having "imputed income" orders. Furthermore, these statutes provide protection of my rights to be free from unlawful child support or any kind of garnishment. That, child support is a civil matter and there is no probable cause to seek or issue body attachment, bench warrant, or arrest in child support matters because it is a civil matter.

The use of such instruments (body attachment, bench warrants, arrests, etc.) presumably is a method to "streamline" arresting people for child support and circumventing the Fourth Amendment to the United States Constitution, and is used as a debt-collecting tool using unlawful arrests and imprisonment to collect a debt or perceived debt.

The arrest of non-custodial parents in which men make up significant majority of the "arrestees", is "gender profiling", "gender biased discrimination" and a "gender biased hate crime" in that it violates the Equal Protection Clause of the Fourteenth Amendment. A man, pursuant to the Equal Protection Clause of the Constitution of the United States, cannot be arrested in a civil matter as a woman is not. There is no escaping the fact that there is no probable cause in a civil matter to arrest or issue body attachment. "Probable cause" to arrest requires a showing that both a crime has been, or is being committed, and that the person sought to be arrested committed the offense. U.S.C.A. Const. Amend. 4. In the instant case, no probable cause can exist, because the entire matter has arisen out of a civil case. Therefore, seeking of body attachment, bench warrant, or arrest by the Petitionerand/or issuing of the same by the court, in this civil case would be against the law and the Constitution.

Under U.S. v. Rylander ignorance of the order or the inability to comply with the child support order, or as in this case, to pay, would be a complete defense to any contempt sanction, violation of a court order or violation of litigant's rights.

**Substantive Point of Right #3:**
"Waivers of Constitutional Rights, not only must they be voluntary, they must be knowingly intelligent acts done with sufficient awareness." **Brady v. U.S., 397 U.S. 742, 748.**

**Substantive Point of Right #4:**
"Right of privacy is a personal right designed to protect a person from unwanted disclosure of personal information." **CNA Financial Corporation v Local 743, 515 F. Supp.942.**

**4.** You must provide substantial and lawful, binding proof that I **consented and granted** you Kimberly Foxx and the Agency you represent COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION Rights over my Children, which supercede mine as a Father. Being aboriginal and indigenous, I have the 'Individual and Collective Right' to Live in Freedom, Peace and Security as a Distinct People, and a 'Right' to the full guarantees against Genocide or any other 'Acts of Violence', including the **Removal of Indigenous Children From Their Families and Communities Under Any Pretext.** In addition I have the Individual Right to Life, Physical and Mental Integrity, Liberty and Security of Person. See Universal Declaration of the Rights **Of Indigenous People'; Part II; Article 6.** As well, any state government, Agency, Agent for the Agency Kimberly Foxx CANNOT determine what is best for me or my children:

**Substantive Point of Right #5:**
Under The United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the state does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 123 US 623, 659 – 60:**

5. **Request for Averment of Jurisdiction**: Please produce, for the Record, the Delegation of Authority for this Court COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX Pursuant to Article III, Sec.1 and 2 of the United States Republic Constitution, of which **all** Courts derive their Judicial Authority, thereby indicating their 'Right of Action' to not only probe, pry, which violates one's' right to privacy; but also their Right of Action to adjudicate over the people, if any exist.

# Caveat

**Further,** I state for the record, I have not entered into, nor do I wish to enter into any contracts knowingly, willingly, intentionally or unintentionally, with COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX

**Whereas,** when no contract exists there is no obligation. In Order for an obligation to exist a contract MUST exist and it must not have adhesions, must be concise and cannot be an unconscionable contract that violates substantive Rights of the People, less it is Void Ab Initio. **and;**

**Whereas,** Any Demand to compel me to act or perform, must be a Lawful demand. **and;**

**Whereas,** this Court is acting under Statutes, which are not Law. Any applicable Law must be produced for the record; no statute(s) can violate the Rights secured by the People in the Supreme Law, the American Constitution FOR the United States of America, established to

protect the Rights of the People, of which every state, state constitution, state court, charter, sub-charter, chapter, sub-chapter, association, agency, agent for the agency, entity, corporation, et al, must abide by and cannot abrogate, namely,(COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX (See Article VI of the American Constitution).

**Substantive Point of Right #6:**

When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially". **Thompson v. Smith, 154 SE 583.**

*and;*

**Whereas,** the COOK COUNTY CIRCUIT COURT CHILD SUPPORT ENFORCEMENT DIVISION AND KIMBERLY FOXX is acting outside of its statutory limitations and violating the Laws, committing fraud, genocide, collusion and Treason, which is highly penal, and attempting to enforce under a non-existing or Void contract, and / or by statute, giving no validity or jurisdiction to any judgment conferred upon this matter.

**Substantive Point of Right #7:**

"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such proceeding an inferior court, and not aided by presumption in favor of jurisdiction." **Smith's Leading Cases, 816.**

**Therefore,** failure to address ALL of the issues raised herein equates in law as to have addressed NONE of them and will serve as a waiver for any claims you are attempting to assert over me or my family.

**Therefore,** I demand your administration to cease and desist all contact with this family. I am allotting 7 (seven) days for a corresponding Affidavit signed by the Respondent under penalty of perjury. Failure to do so, lawfully places your administration in Default and in violation as follows:

Should your administration attempt to proceed with this matter by way of Threat, Duress and Coercion, without responding to this Writ, and without Due Process of Law, which is afforded to ALL, it constitutes a violation of the fourth amendment, secured by the constitution, as well as a violation of **Title 18 U.S.C., Section 241**: Conspiracy Against Rights, **Title 18 U.S.C., Section 242**: Deprivation of Rights Under Color of Law.

## Lawful Notice and Warning

You will be prosecuted at the full extent of the law, as both criminal and civil charges will be filed on All agents and principals involved, in both their private and professional capacity, for their collusion in depriving the rights of the people and committing Fraud, Treason and Genocide against the people and against their oath bound obligations and fiduciary duties.

**Substantive Point of Right #8:**

"Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." **Owen v. Independence, 100 S.C.T. 1398, 445 US 622.**

**Substantive Point of Right #9:**
"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton v. Shelby County, 118 U.S. 425**

## Relief Sought

1. I ask that all judgements ordered on this cause be set aside until final judgement in this matter
2. i would like for my name to be removed from all child support orders and terminated
3. I would like the child support department to stop all lians, income garnishments, writs of arrest under or using my family name to stop.
   **Notice to Agent Is Notice to Principal, Notice To Principal Is Notice To Agent!**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case

Date of signing: 11/26/19

Signature: *Leotis Carr*

Printed Name: Leotis Carr